McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
APR 25 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:18-MJ-00031-BAM |
|---|---|
| Plaintiff, | [~~~~~~~~] ORDER DISMISSING COMPLAINT |
| v. | |
| ISAAC MONTGOMERY, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter is hereby dismissed without prejudice. The clerk is instructed to close this case.

Dated: April 24, 2018

_____
The Honorable
UNITED STATES MAGISTRATE JUDGE
Erica P. Grosjean

[PROPOSED] ORDER DISMISSING COMPLAINT