

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )   No. 1:18-MJ-00031 BAM
                            )
    vs.                     )   ORDER OF RELEASE
                            )
ISAAC MONTGOMERY,           )
                            )
         Defendant.         )
                            )

As the Court has granted the government's motion to dismiss filed on April 25, 2018, document 11,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: April 25, 2018

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

CC:  Certified copy hand-delivered to the United States Marshal Serivce, Fresno, CA, on 4/25/2018

1